**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LINDA SAVOY )  Case #2:13-CV-01428
            )
            )  **VERIFIED PETITION FOR**
  Plaintiff(s), )  **PERMISSION TO PRACTICE**
            )  **IN THIS CASE ONLY BY**
  vs.       )  **ATTORNEY NOT ADMITTED**
DIVERSIFIED CONSULTANTS, INC. )  **TO THE BAR OF THIS COURT**
            )  **AND DESIGNATION OF**
            )  **LOCAL COUNSEL**
  Defendant(s). )
            )  FILING FEE IS $200.00

_____Steven R. Dunn_____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dunn Firm, P.C._____
                              (firm name)

with offices at _____5420 LBJ Freeway, Suite 577_____,
                                 (street address)

_____Dallas_____, _____Texas_____ ▼ , _____75240_____,
     (city)                        (state)                       (zip code)

_____214-692-5533_____, _____steven@dunnlawfirm.net_____.
(area code + telephone number)              (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Diversified Consultants, Inc._____ to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since _November 2, 1984_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Texas_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Northern District of Texas | 1986 | |
| USDC Eastern District of Texas | 1989 | |
| USDC Northern District of Florida | 2011 | |
| 5th Circuit Court of Appeals | 1989 | |
| 10th Circuit Court of Appeals | 2010 | |
| 4th Circuit Court of Appeals | 2011 | |
| USDC Distruct of Colorado | 2007 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/04/2013 | 2:12-cv-02139 | US District of Nevada | |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~Wyoming~~ Texas )
                          )
COUNTY OF Dallas          )

Steven R Dunn, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

4th day of October, 2013.

_____
Notary Public or Clerk of Court

JOE MANUEL HERNANDEZ
My Commission Expires
September 15, 2015

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Shan Davis** (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

410 South Rampart Boulevard, Suite 390
(street address)

Las Vegas, Nevada, 89101
(city)    (state)   (zip code)

702-726-6885, shandavis@cox.net
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Shan Davis_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(Party signature)

_____, DC1
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9323                shandavis@cox.net
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11