MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LINDA SAVOY,                        )
                                    )
     Plaintiff,                     )
                                    )   No.  2:13-cv-01428-APG-VCF
vs.                                 )
                                    )
DIVERSIFIED CONSULTANTS, INC.,      )
a foreign corporation,              )
                                    )
     Defendant.                     )
_____)

**OPPOSITION TO VERIFIED PETITION FOR PERMISSION TO PRACTICE
IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR
OF THIS COURT *AND REQUEST FOR HEARING***

On October 8, 2013 Steven R. Dunn filed his verified Petition to appear in this matter pro hac vice (Exhibit 1). Plaintiff opposes approval of the Petition. Counsel for Plaintiff has practiced before this Court for over twenty years and has **_never_** previously opposed any such Petition. Oral argument is requested.

Attached as Exhibit 2 is Anchondo v. Anderson, Crenshaw & Associates, LLC, 2011 WL 4549279 (D.New Mexico 2011). Magistrate Judge Lynch determined "[t]here is clear and convincing evidence that Backal and Dunn acted in bad faith attempting to deceive both Anchondo and the Court about whether ACA had insurance coverage when this lawsuit was filed and in

failing to submit the claim to National Union (Id., 5). In making this determination, the Court sanctioned Mr. Dunn in excess of $69,000 (Id., 6). On February 19, 2013 the Tenth Circuit affirmed the District Court's scathing decision (Exhibit 3).

Attached as Exhibit 4 are the Courtroom Minutes and Order from *Branstetter v. National Credit Adjusters*, a FDCPA case now pending in the United State District Court for the District of Colorado. This Honorable Court will note that Mr. Dunn represents Defendant in that matter and that production of the underlying insurance policy was indeed the subject of a Motion to Compel and threat of further sanctions. The production of such an insurance policy is a mandatory disclosure under FRCP 26(a)(1)(A)(iv).

Respectfully submitted

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

2